# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     5:18-CR-10 |
| v. | ) |
| | ) |
| ENIO CAMACHO-PINEDA | ) |

## ORDER OF DISMISSAL

Comes now the United States and moves this Honorable Court to dismiss Enio Camacho-Pineda from Indictment 5:18-cr-00010 that charges him with drug trafficking charges. The defendant has been indicted under 5:18-cr-00013 charging him with the same violations. The United States moves the Court to dismiss the case against him without prejudice. The defense joins in this motion.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/Brian T. Rafferty*
Chief, Criminal Division
Assistant United States Attorney

*s/E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr.
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, from Indictment No. CR 5:18-cr-00010.

So ORDERED, this _____ day of November, 2018.

_____
HON. LISA G. WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA